IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Phillip E. Glidden, | ) | C/A No. 3:08-1532-JFA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| John E. Potter, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     This case came before the court for a rule to show cause hearing on April 18, 2011 at 9 AM. On April 11, 2011, the court ordered the plaintiff, Phillip E. Glidden, to appear before the court and explain why he did not appear at a pretrial conference on April 6, 2011. The plaintiff was also warned that his claim would be dismissed if he failed to appear at the show cause hearing. The court attempted to serve notice of the show cause hearing on the plaintiff by both regular and certified mail.[1] Additionally, the Clerk of this Court attempted to call the plaintiff at the phone number he provided and learned that the phone number is no longer operational. In accordance with established procedures in this District, the plaintiff was advised of his obligation to promptly notify the court of any change in his address or telephone number. The plaintiff failed to appear again and explain why he was not present at the pretrial conference.

     Based upon the foregoing, it is hereby ordered that the above-captioned action be

---

[1] The court is informed that two attempts to deliver the notice by certified mail were unsuccessful. The notice sent by regular mail has not been returned as of this date.

dismissed with prejudice.

    IT IS SO ORDERED.

April 18, 2011                                        Joseph F. Anderson, Jr.
Columbia, South Carolina                  United States District Judge